SOUTHERN RAILWAY COMPANY *v.* MOSES.

COBB, J. This case is controlled by the rulings this day made in the case of *Southern Railway Company* v. *Wood*, ante, 140.

*Judgment affirmed. All the Justices concurring.*

LUMPKIN, P. J. I concur in the judgment solely for the reason I gave for so doing in the case cited supra.

Argued October 16, — Decided November 7, 1901.

Action for damages. Before Judge Reece. City court of Floyd county. April 15, 1901.

*Shumate & Maddox, G. A. H. Harris & Son,* and *R. L. Chamlee,* for plaintiff in error. *Max Meyerhardt,* contra.